STATE of Missouri, Respondent,

v.

Earnest H. EACRET, Appellant.

No. WD 59152.

Missouri Court of Appeals, Western District.

July 24, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 2, 2001.

Application for Transfer Denied Nov. 20, 2001.

Tara L. Jensen, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Richard A. Starnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before THOMAS H. NEWTON, P.J., JOSEPH M. ELLIS and RONALD R. HOLLIGER, JJ.

## ORDER

PER CURIAM:

Mr. Earnest H. Eacret appeals his criminal convictions for second degree burglary under § 569.170, RSMo 1994, and stealing

---

over $750.00 pursuant to § 570.030, RSMo Cum.Supp.1998.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).